AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| STENN ASSETS UK LIMITED <br><br> *Plaintiff(s)* <br> v. <br> DACKERS TRADING LLC <br><br> *Defendant(s)* | Civil Action No. 22-cv-7131 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dackers Trading LLC
5308 13th Avenue, Suite 472
Brooklyn, New York 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer M. Marcus
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/23/2022        /s/Shirley Ramos

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT OF NEW YORK

Purchased/Filed: November 23, 2022
Index #   1:22-cv-07131-LDH-LB

*Stenn Assets UK Limited*                                      Plaintiff

against

*Dackers Trading LLC*                                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY                SS.:

___Heather Morigerato___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 2, 2022___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Supporting Exhibits, Individual Rules of Judge LaShann DeArcy and Magistrate Judge Lois Bloom on

___Dackers Trading LLC___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this
__2nd__ day of December 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # S1885592

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**